UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPRUCE NW 10, LLC,<br><br>                          Plaintiff,<br><br>     v.<br><br>PAMELA L. DAWSON, et al.,<br><br>                        Defendants. | CASE NO. C17-1008-RSM<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

      Because defendant Pamela L. Dawson does not appear to have funds available to afford the $400.00 filing fee, she financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, defendant's IFP application (Dkt. 2) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to the parties and to the assigned District Judge.

      DATED this 11th day of July, 2017.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1